# IN THE SUPREME COURT OF THE STATE OF NEVADA

RJRN HOLDINGS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                    Appellant,
vs.
SPECIALIZED LOAN SERVICING,
LLC,
                    Respondent.

No. 77177

FILED

DEC 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant and Ditech Financial, LLC, have filed a stipulation to dismiss this appeal. Because Ditech Financial, LLC, is not a party to this matter, having obtained an order substituting Specialized Loan Servicing, LLC as the respondent in place of Ditech, the stipulation is treated as a motion to voluntarily dismiss this appeal, which we grant. This appeal is dismissed, each party to bear its own fees and costs. NRAP 42(b).

It is so ORDERED.

_____ Pickering _____, C.J.

cc:    Hon. Susan Johnson, District Judge
       Paul M. Haire, Settlement Judge
       Law Offices of William R. Killip, LLC
       Wright, Finlay & Zak, LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-45207